IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIAM NAVARRO CASTILLO,

Plaintiff,

v.

CIVIL ACTION NO.: 6:16-cv-49

CPT. JOHNSON; DR. CHAVEZ; DR. KING; OFFICER COX; OFFICER ROBINSON; OFFICER FOSTER; NURSE STRICKLAND; OFFICER BENIT; OFFICER SMITH; OFFICER BRANTLEY; W/O PAUL; W/O KILGORE; and OFFICER MCCRAY,

Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities, and **DISMISSES** Plaintiff's claims against Defendants King, Smith, Johnson, Chavez, Cox, Benit, McCray, Paul, Kilgore, Foster, and Robinson.

**SO ORDERED**, this 25th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA