IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIAM NAVARRO CASTILLO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 616-049 |
| | * | |
| NURSE STRICKLAND; and OFFICER BRANTLEY. | * | |
| | * | |
| Defendants. | * | |

**ORDER**

By Order dated August 8, 2016, the Court directed the United States Marshals Service to serve Defendants Brantley and Strickland with a copy of Plaintiff's Complaint based on Plaintiff's allegations that Defendant Brantley used excessive force against Plaintiff on May 1, 2014, and that Defendants Brantley and Strickland were deliberately indifferent to Plaintiff's resultant serious medical needs. (Doc. 8.) The Clerk of Court prepared USM-285 forms to assist the United States Marshals Service with effectuation of service on Defendants Brantley and Strickland. (Dkt. Entry dated Aug. 8, 2016.) On October 11, 2016, Defendant Strickland filed a pre-Answer Motion to Dismiss to which Plaintiff has responded. (Docs. 10, 16, 17.) On November 8, 2016, Defendant Strickland filed a Motion to Stay Discovery pending the Court's resolution

of her Motion to Dismiss, which the Court granted on November 15, 2016. (Docs. 15, 19.)

On November 10, 2016, the United States Marshals Service Return as to Defendant Brantley was returned as unexecuted with the notation that a last known address for Defendant Brantley was not found and that personnel at Georgia State Prison informed the Marshals Service there was or is "no one by that name" working at Georgia State Prison. (Doc. 18, at 1.) Accordingly, on December 19, 2016, the Court ordered counsel for Defendant Strickland, Mr. David Grossman, to, *inter alia*, make reasonable efforts to obtain a name and an address for Defendant Brantley so that he might be served with Plaintiff's Complaint and to notify the Court of the results of his efforts. (Doc. 24, at 2.) On January 4, 2017, Mr. Grossman filed a notice with the Court indicating that, to the best of his knowledge and belief, "Defendant Brantley" refers to a former Georgia Department of Corrections ("GDC") employee, Mr. Christopher Brantley.[1] (Doc. 26, at 1.) Mr. Grossman also informed the Court that he does not currently represent Mr. Brantley, that he was unable to locate a current address for Mr. Brantley, and that Mr. Brantley has not responded to correspondence sent to his last known address. Mr. Grossman also filed a motion

---

[1] In Mr. Grossman's notice to the Court, he refers to Defendant Brantley interchangeably as Mr. "Christopher *Bradley*" and "Officer *Brantley*." (See Doc. 26, at 1 (emphasis added).) Mr. Grossman's references to Defendant Brantley by the last name "Bradley" appear to be simple scrivener's errors. (Compare Doc. 26; with Doc. 27 (identifying Defendant Brantley solely as "Christopher Brantley").)

2

requesting permission to file under seal the last known address for Mr. Brantley, citing concerns for the privacy and safety of this former corrections officer. (Doc. 27.)

Upon due consideration, and out of an abundance of caution, **IT IS HEREBY ORDERED** that counsel for Defendant Strickland's motion (doc. 27) is **GRANTED,** and his forthcoming notice of Mr. Christopher Brantley's last known address shall be kept under seal unless and until further order of the Court. **IT IS FURTHER ORDERED** that, upon counsel for Defendant Strickland's filing of notice of Mr. Christopher Brantley's last known address with the Clerk of this Court, a copy of Plaintiff's Complaint (doc. 1) and a copy of the Court's Order dated August 8, 2016 (doc. 8) shall be served upon Mr. Brantley at his last known address by the United States Marshals Service without prepayment of cost.

**ORDER ENTERED** at Augusta, Georgia, this ___9th___ day of January, 2017.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```