IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILLIAM NAVARRO CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>NURSE STRICKLAND; and OFFICER BRANTLEY,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-49 |

## **O R D E R**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 59), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendant Strickland's Motion to Dismiss and **DISMISSES without prejudice** Plaintiff's claims against Defendant Strickland for Plaintiff's failure to exhaust his administrative remedies.

**SO ORDERED**, this 23rd day of January, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA