FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:57 pm, Nov 18, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILLIAM NAVARRO CASTILLO, | |
| Plaintiff, | CIVIL ACTION NO.: 6:16-cv-49 |
| v. | |
| OFFICER CHRISTOPHER BRANTLEY, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Demand a Speedy Trial. Doc. 94. For the following reasons, I **DENY** Plaintiff's Motion.

Plaintiff is suing Defendant under 42 U.S.C. § 1983. Doc. 1. In Defendant Brantley's Answers, he demands a jury trial. Docs. 49, 60. To date, the Court has conducted frivolity review, and ruled on a motion to dismiss and a motion for summary judgment. See Docs. 7, 59, 70. Following those rulings, Plaintiff's claims for excessive force and deliberate indifference to serious medical needs remain pending. Doc. 72. Plaintiff states that over a year ago, he was informed during a telephone conference that a trial will be set for his case. Doc. 94 at 1. A telephone conference was held regarding his case in September 2019, during which the Court indicated there were no pending discovery issues and the case is ready for trial. Doc. 75. Since that time, however, Plaintiff has filed multiple motions with the Court seeking leave to amend, as well as several other notices, letters, and affidavits. Docs. 78–91, 93. This case will be set for

trial in the ordinary course of business.  Accordingly, I **DENY** Plaintiff's Motion to Demand a Speedy Trial.

      **SO ORDERED**, this 18th day of November, 2020.

                              BENJAMIN W. CHEESBRO
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF GEORGIA