**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| WILLIAM NAVARRO CASTILLO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CV 616-049 |
| v. | * | |
| | * | |
| OFFICER BRANTLEY, | * | |
| | * | |
| Defendant. | * | |

## O R D E R

The Court previously found this case ready for trial and set pre-trial deadlines in order to prepare for trial. (See Doc. 97.) Specifically, the Court ordered the Parties to meet and confer, in person, and prepare and file with the Clerk of this Court one consolidated proposed pretrial order by 5:00 P.M. on Wednesday, June 29, 2022.

The form of the proposed pretrial order can be located at the Court's website, www.gasd.uscourts.gov, under "Forms" → "Civil Forms" → "Consolidated Pretrial Orders – Judges Hall, Bowen, & Moore." However, the Court recognizes that Plaintiff is currently incarcerated and therefore **DIRECTS** the **CLERK** to enclose a copy of the aforementioned form consolidated pretrial order with Plaintiff's service copy of this Order.[1]

---

[1] The **CLERK** is further **DIRECTED** to attach a copy of the Court's Order and Notice of Pretrial Proceedings (Doc. 97) to accompany this Order.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of April, 2022.

_____

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2